IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-51158
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER ENRIQUE CASAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-93-CR-71-7
--------------------

October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges

PER CURIAM:[*]

Javier Enrique Casas appeals the district court's sentence following the revocation of his supervised release. Casas argues that the district court erred in sentencing him above the range recommended by U.S.S.G. § 7B1.4, p.s.

The district court did not so err. The sentence imposed was lawful and not plainly unreasonable. See United States v. Mathena, 23 F.3d 87, 89 (5th Cir. 1994).

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.